XAVIER BECERRA
Attorney General of California
LANCE E. WINTERS
Chief Assistant Attorney General
SUSAN SULLIVAN PITHEY
Senior Assistant Attorney General
LOUIS W. KARLIN
Deputy Attorney General
HERBERT S. TETEF
Deputy Attorney General
State Bar No. 185303
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6003
Fax: (916) 731-2122
E-mail: DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE LUIS MUNOZ,**<br>Petitioner,<br>**v.**<br>**J. PICKEET,**<br>Respondent. | Case No. CV 19-10439-MWF (GJS)<br>**NOTICE OF LODGING OF DOCUMENTS**<br>The Honorable Gail J. Standish<br>United States Magistrate Judge |

Respondent electronically lodges the following documents related to Petitioner's conviction in Los Angeles County Superior Court case number BA387718:

1. Clerk's transcript (four volumes) (excluding confidential probation report at pages 768 through 784).
2. Supplemental clerk's transcript (three volumes).
3. Supplemental clerk's transcript (one volume).
4. Supplemental clerk's transcript (one volume).
5. Reporter's transcript (six volumes).

6. Reporter's transcript (seven volumes).

7. Reporter's transcript (two volumes).

8. Order granting and denying augmentation request in California Court of Appeal case number B265901.

9. Petitioner's opening brief in California Court of Appeal case number B265901.

10. Respondent's brief in California Court of Appeal case number B265901.

11. Petitioner's reply brief in California Court of Appeal case number B265901.

12. Opinion in California Court of Appeal case number B265901 (filed June 7, 2017).

13. Petition for review in California Supreme Court case number S243140.

14. Order denying petition for review in California Supreme Court case number S243140.

15. Motion to recall remittitur and reinstate appeal in California Court of Appeal case number B265901.

16. Order denying motion to recall remittitur and reinstate appeal in California Court of Appeal case number B265901.

17. Petition for review in California Supreme Court case number S246243.

18. Order granting petition for review in California Supreme Court case number S246243.

19. Petitioner's supplemental opening brief in California Court of Appeal case number B265901.

20. Respondent's supplemental letter brief in California Court of Appeal case number B265901.

21. Petitioner's supplemental reply letter brief in California Court of Appeal case number B265901.

/ / /

22. Opinion in California Court of Appeal case number B265901 (filed July 24, 2018).

23. Petition for review in California Supreme Court case number S250900.

24. Order denying petition for review in California Supreme Court case number S250900.

25. Excerpt of docket in Los Angeles County Superior Court case number BA387718.

Respondent has also provided the Court paper copies of these lodged documents, which need not be returned to Respondent.

Dated: March 5, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
LANCE E. WINTERS
Chief Assistant Attorney General
SUSAN SULLIVAN PITHEY
Senior Assistant Attorney General
LOUIS W. KARLIN
Deputy Attorney General

/s/ Herbert S. Tetef

HERBERT S. TETEF
Deputy Attorney General
*Attorneys for Respondent*

HST:fc
LA2019505612
54170834.docx

# CERTIFICATE OF SERVICE

Case Name: ***Jose Luis Munoz v. J. Pickeet*** No. **CV 19-10439-MWF (GJS)**

I hereby certify that on March 5, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF LODGING OF DOCUMENTS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On March 5, 2020, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Jose Luis Munoz**
**CDC# AX4543**
**High Desert State Prison**
**P.O. Box 3030**
**Susanville, CA 96127**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 5, 2020, at Los Angeles, California.

| | |
|---|---|
| Frances Conroy | /s/ Frances Conroy |
| Declarant | Signature |

HST:fc
LA2019505612
54171560.docx