UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS MUNOZ,<br><br>          Petitioner<br><br>      v.<br><br>J. PICKEET,<br><br>          Respondent. | Case No. 2:19-cv-10439-MWF (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE:  January 11, 2021

                              _____

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE